DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**VALANTINA B. MORANCY-CLADERON,**
Appellant,

v.

**JULIO CALDERON,**
Appellee.

No. 4D2025-0831

[February 26, 2026]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Lillian B. Ewen, Judge; L.T. Case No. 2023DR000472.

Thomas L. Colter and Jorge Andres of Law Patriot, Stuart, for appellant.

Chet E. Weinbaum of The Law Office of Chet E. Weinbaum, P.A., Fort Pierce, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, CONNER and SHAW, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***